# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

DARRYL DARDEN,                               :

            **Plaintiff**           :

        **v.**                      :

HARNER., *et al.* ,                            :

        **Defendants**      :

CIVIL ACTION NO. 3:23-0697

(JUDGE MANNION)

FILED
SCRANTON

AUG 2 1 2023

Per_____
DEPUTY CLERK

## ORDER

**NOW, THEREFORE,** upon consideration of Defendants' motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. 13) and it appearing that Plaintiff has failed to oppose the motion, **IT IS HEREBY ORDERED THAT** that Plaintiff shall **FILE**, on or before **September 5, 2023**, a brief in opposition to Defendants' motion to dismiss. See L.R. 7.6. Failure to timely file a brief in opposition will result in the motion being deemed unopposed.

_____
**MALACHY E. MANNION**
**United States District Judge**

Date: August 2/, 2023
23-0697-02